**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| RASHID KAMBAROV,<br><br>                     Plaintiff,<br><br>vs.<br><br>ACCURATE BACKGROUND, LLC, FIRST ADVANTAGE BACKGROUND SERVICES CORP., CARCO GROUP, INC. (d/b/a INTELLICORP RECORDS, INC.), AND QUALITY COUNTS, INC.,<br><br>                     Defendants. | Civil Action No.: 3:23-cv-01103-YY<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT ACCURATE BACKGROUND, LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff Rashid Kambarov ("Plaintiff") and Defendant Accurate Background, LLC ("Accurate"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the parties ask that the Court vacate all deadlines in this matter, as to Defendant Accurate Background, LLC only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED this 20th day of October 2023.

                                          */s/Dawn McCraw*
                                          Dawn McCraw, OR #192645
                                          CONSUMER ATTORNEYS
                                          8245 N. 85th Way
                                          Scottsdale, AZ 85258
                                          T: (602) 807-1527
                                          F: (718) 715-1750
                                          E: dmccraw@consumerattorneys.com
                                          *Attorneys for Plaintiff*
                                          *Rashid Kambarov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*