# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF **Oregon**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **3:23-cv-01103-YY**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **7/28/2023**

Date of judgment or order you are appealing: **1/31/2025**

Docket entry number of judgment or order you are appealing: **70-71**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Rashid Kambarov

Is this a cross-appeal?    ○ Yes    ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?    ○ Yes    ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*    Date: **2/28/2025**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                    Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| Rashid Kambarov |

Name(s) of counsel (if any):
| Dawn McCraw |

Address: 8095 N. 85th Way, Scottsdale, AZ 85258

Telephone number(s): 602-807-1527

Email(s): dmccraw@consumerjustice.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| Quality Counts, Inc. |

Name(s) of counsel (if any):
| Kimberley Hanks McGair |

Address: 121 SW Morrison St, Suite 600, Portland, OR 97204

Telephone number(s): 5032286044

Email(s): kmcgair@fwwlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*