IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RASHID KAMBAROV,

Plaintiff,

v.

QUALITY COUNTS, INC.,

Defendant.

Case No. 3:23-cv-01103-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge You issued a Findings and Recommendation on August 19, 2026, in which she recommends that the Court deny Plaintiff's Motion for Attorney Fees. F&R 6, ECF No. 78. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [78]. Accordingly, Plaintiff's Motion for Attorney Fees [76] is DENIED.

IT IS SO ORDERED.

DATED this 28th day of September, 2026.

AMY M. BAGGIO
United States District Judge